JOSEPH E. ZDARSKY  
K. MICHAEL SAWICKI  
GUY J. AGOSTINELLI  
GERALD T. WALSH  
MARK J. SCHLANT  
PATRICK A. DUDLEY  
THOMAS P. FITCH  
DONALD G. POWELL  
DAVID E. GUTOWSKI  

ZDARSKY, SAWICKI & AGOSTINELLI LLP  
ATTORNEYS AT LAW  
404 CATHEDRAL PLACE  
298 MAIN STREET  
BUFFALO, N.Y. 14202  
716-855-3200  

TELECOPIER: 716-855-3101  
(NOT FOR SERVICE OF PAPERS)

*Receipt #11091880 $2.95*

May 27, 2011

Clerk  
United States Bankruptcy Court  
Olympic Towers  
300 Pearl Street, Suite 250  
Buffalo, New York 14202

**Re: Kelly and Dean Galovich**  
**Case No. 09-15237K**

Ladies and Gentlemen:

Enclosed is my check no. 114 for $4.15, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 9 | GE Money Bank | $2.95 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure


RECEIVED JUN - 3 2011 BANKRUPTCY COURT BUFFALO, N.Y.


FILED JUN - 3 2011 BANKRUPTCY COURT BUFFALO, N.Y.